# Court of Appeals
# of the State of Georgia

ATLANTA,   May 03, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0656.  RAMZA MULALIC v. GWINNETT FAMILY DENTAL CARE.**

Pursuant to this Court's grant of a discretionary appeal under OCGA § 5-6-35 (8), Ramza Mulalic filed this appeal challenging the trial court's denial of her motion to set aside the judgment entered on October 9, 2006.  Motions under OCGA § 9-11-60 to set aside judgments, however, "shall be brought within three years from entry of the judgment complained of."  OCGA § 9-11-60 (f).  What the trial court deemed as Mulalic's motion to set aside was not filed until May 29, 2012.  Therefore, as the trial court was without jurisdiction to consider Mulalic's motion in any event, the appeal from the denial of this untimely motion was improvidently granted and must be DISMISSED.

Mulalic's proper recourse was to file a motion under OCGA § 9-11-60 (g) seeking relief under *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  Such motions may be filed at any time. OCGA § 9-11-60 (g).  Because Mulalic's motion in this case did not raise the issues contemplated in such  a motion,

we cannot consider whether she was entitled to relief under *Cambron v. Canal Ins. Co.*

Appeal dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/03/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*